IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00087-MEH-BNB

STEVEN MASTROBUONO,

     Plaintiff,

v.

OCB RESTAURANT COMPANY, LLC,

     Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, January 31, 2007.**

     Pursuant to the parties' notice of settlement, Defendant's Motion to Strike and Exclude Expert Report and Testimony [Filed November 14, 2006; Docket #31] and Defendant's Motion to Compel [Filed November 14, 2006; Docket #33] are **denied** as moot.